663 A.2d 681

In re McKEAN COUNTY PRIMARY ELECTION.

**Appeal of Harold T. BECK.**

Supreme Court of Pennsylvania.

Submitted Aug. 10, 1995.

Decided Aug. 22, 1995.

Jay Paul Kahle, Bradford, for Harold T. Beck.

Ronald P. Langella, Bradford, for Harrijane B. Hannon.

Stanley J. Pecora, Bradford, for McKean County Bd. of Elections.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

*AMENDED ORDER*

PER CURIAM:

AND NOW, this 22nd day of August 1995, the application for supersedeas presented to this Court is DENIED. The Order of the Court of Common Pleas of McKean County dated July 10, 1995, which *inter alia,* ordered a special election be held Tuesday, August 22, 1995, is hereby AFFIRMED. The subsequent Order of the Court of Common Pleas dated July 13, 1995, denying reconsideration and a stay is hereby AFFIRMED.

ZAPPALA, J., dissents.

MONTEMURO, J., is sitting by designation.